JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL GONZALEZ,<br><br>    Plaintiff(s),<br><br>VS.<br><br>HOMEQ SERVICING, et al.,<br><br>    Defendant(s). | Case No. CV 11-00477-RGK (JCx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On June 6, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff was ordered to respond not later than June 20, 2011. As of this date, no response has been filed, therefore, the matter is ordered dismissed.

**IT IS SO ORDERED.**

Dated: June 22, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE